**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

**In re:**

| | |
|---|---|
| **TENNILLE ANNETTE CALLANDS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 19-61592** |

**NISSAN MOTOR ACCEPTANCE CORPORATION,**

    **MOVANT,**

vs.

**TENNILLE ANNETTE CALLANDS
and HERBERT L. BESKIN, TRUSTEE,**

    **RESPONDENTS.**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**<u>NOTICE</u>**

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**TO:    TENNILLE ANNETTE CALLANDS, DEBTOR
       HERBERT L. BESKIN, TRUSTEE**

<u>IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ENTRY OF THE PRE-HEARING ORDER, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS FOURTEEN (14) DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.</u>

<u>IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE FOURTEEN (14) DAY PERIOD.</u>

**THE HEARING ON THIS MOTION FOR RELIEF FROM THE AUTOMATIC STAY SHALL BE HELD ON MARCH 25, 2021 AT 9:30 AM BY VIDEO USING ZOOM SOFTWARE INSTEAD OF PHYSICAL APPEARANCE AT THE COURT. PLEASE VISIT https://vawb-uscourts-gov.zoomgov.com/j/1618710032 TO PARTICIPATE IN THE SCHEDULED HEARING. ALTERNATIVELY, YOU MAY LOG IN TO YOUR OWN ZOOM ACCOUNT AND JOIN THE MEETING USING MEETING ID 161 871 0032.**

    Nissan Motor Acceptance Corporation ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to **2017 Nissan**

**D. Carol Sasser, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 28422
596 Lynnhaven Parkway
Suite 200
Virginia Beach, VA 23452
(757) 490-9284
File No. 77932**

**Murano VIN 5N1AZ2MH3HN167081** (the "Property"), for all purposes allowed by the Retail Installment Sale Contract and applicable law. In further support of this Motion, Movant respectfully states:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and §1334 and 11 U.S.C. §362(d), and this matter is a core proceeding.

2. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on July 31, 2019.

3. A Chapter 13 Plan was confirmed on October 21, 2019.

4. Upon information and belief, the Movant has a validly perfected security interest in a **2017 Nissan Murano VIN 5N1AZ2MH3HN167081**, pursuant to a valid Retail Installment Sale Contract dated August 4, 2017. A copy of the Retail Installment Sale Contract and a copy of the evidence of Title establishing Movant's security interest are attached hereto as Exhibit A.

5. As of February 23, 2021, the unpaid principal and interest balance due is $25,195.20 and the approximate outstanding amount of the Obligations less any partial payments or suspense balance is $26,024.37.

6. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note as of February 23, 2021:

| Number of Payments | From | To | Monthly Payment Amount | Total Payments |
|---|---|---|---|---|
| 3 | 12/18/2020 | 02/18/2021 | $764.13 | $2,292.39 |
| Less post-petition partial payments (suspense balance): | | | | ($21.31) |
| | | | **Total:** | **$2,271.08** |

7. As of February 23, 2021, the total post-petition arrearage/delinquency is $25,190.20 consisting of (i) the foregoing total of post-petition payments in the amount of $2,271.08, plus (ii) the following fees:

| **Fee Description** | **Amount** |
|---|---|
| N/A | $0.00 |

8. The estimated Clean Retail value of the Property is $23,675.00. The basis for such valuation is: NADA, a copy of which is attached hereto as Exhibit B.

9. Cause exists for relief from the automatic stay for the following reasons:

   i. Movant's interest in the Property is not adequately protected.

   ii. Post-Petition payments required by the confirmed plan have not been made to Movant.

10. In the event the Notice of Hearing contained in this Motion sets forth a date more than thirty (30) days beyond the date of the filing of this Motion, Movant consents to

the extension of the automatic stay imposed by 11 U.S.C. §362(a) beyond the thirty-day limit imposed by 11 U.S.C. §362(e) and waives its rights thereunder.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by applicable law and the Retail Installment Sale Contract to enforce its remedies to obtain possession of the Property and any and all other collateral pledged under the Retail Installment Sale Contract.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

Dated: February 24, 2021

NISSAN MOTOR ACCEPTANCE CORPORATION

By: **/s/ D. Carol Sasser**
***Eric D. White,*** Esquire, Bar No. 21346
***Johnie R. Muncy***, Esquire, Bar No. 73248
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

***D. Carol Sasser***, Esquire, Bar No. 28422
596 Lynnhaven Parkway, Suite 200
Virginia Beach, VA 23452

Samuel I. White, P.C.
Tel: (757) 490-9284
Fax: (757) 497-2802 (757) 490-8143
dsasser@siwpc.com

CERTIFICATE OF SERVICE

I certify that on February 24, 2021, the foregoing Motion was served via CM/ECF on Herbert L Beskin, Trustee, and H. David Cox, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Tennille Annette Callands, Debtor, 116 Majestic Circle, Amherst, VA 24521.

**/s/ D. Carol Sasser**
D. Carol Sasser, Esquire
Samuel I. White, P.C.

**Exhibit A**

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| TENNILLE ANNETTE CALLANDS<br>116 MAJESTIC CIR<br>AMHERST AMHERST VA 24521 | N/A | LYNCHBURG NISSAN<br>18588 FOREST RD<br>FOREST, VA    24551 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2017 | NISSAN MURANO | 5N1AZ2MH3HN167081 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 0.00 % | $ 0.00 | $ 55017.58 | $ 55017.58 | $ 55017.58 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |  |
|---|---|---|---|
| 71 | 764.13 | Monthly beginning | 09/18/2017 |
| 1 | 764.35 | DATE DUE: | 08/18/2023 |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 7 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ 1775.41 sales tax) ..... $ 44458.41 (1)
2. Total Downpayment =
   Trade-in 2015 NISSAN ROGUE
   (Year)    (Make)    (Model)
   Gross Trade-In Allowance ..... $ 15000.00
   Less Pay Off Made By Seller ..... $ 24300.00
   Equals Net Trade In ..... $ -9300.00
   + Cash ..... $ 2500.00
   + Other CONSUMER REBATE ..... $ 500.00
   (If total downpayment is negative, enter "0" and see 4I below) ..... $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ..... $ 44458.41 (3)
4. Other Charges including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance
      Paid to Insurance Company or Companies
      Life ..... $ N/A
      Disability ..... $ N/A ..... $ N/A
   B Vendor's Single Interest Insurance
      Paid to Insurance Company(ies) ..... $ N/A
   C Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A
   D Optional Gap Contract ..... $ 800.00
   E Official Fees Paid to Government Agencies
      1) to N/A    for N/A ..... $ N/A
      2) to N/A    for N/A ..... $ N/A
      3) to N/A    for N/A ..... $ N/A
   F Government Taxes Not Included in Cash Price ..... $ 73.17
   G Government License and/or Registration Fees
      N/A ..... $ 17.00
   H Government Certificate of Title Fees ..... $ 10.00
   I Other Charges (Seller must identify who is paid and describe purpose.)
      1) to WELLS FARGO      for Prior Credit or Lease Balance ..... $ 6300.00
      2) to PORTFOLIO         for SERVICE ONTRACT ..... $ 2295.00
      3) to GLOBAL            for MAINT PLAN ..... $ 466.00
      4) to N/A               for N/A ..... $ N/A
      5) to N/A               for N/A ..... $ N/A
      6) to N/A               for N/A ..... $ N/A
      7) to N/A               for N/A ..... $ N/A
      8) to N/A               for N/A ..... $ N/A
      9) to SELLER            for PROCESS FEE ..... $ 598.00
      10) to N/A              for N/A ..... $ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf ..... $ 10559.17 (4)
5. Amount Financed (3 + 4) ..... $ 55017.58 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
N/A    Year N/A    SELLER'S INITIALS N/A

### Insurance
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is authorized to sell such insurance in Virginia. Your choice will not affect our decision to extend credit or the terms of this contract. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life:    ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
  Credit Life $ N/A
  Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit (see back). You have the right to use alternate coverage or buy such insurance elsewhere. Your choice of insurer will not affect our decision to extend credit or the terms of this contract. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit Disability Insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A    N/A
Type of Insurance    Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A    N/A
Type of Insurance    Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not to buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. Your choice of insurer will not affect our decision to extend credit or the terms of this contract.
I want the insurance checked above.
X N/A                                   N/A
Buyer Signature                         Date
X N/A                                   N/A
Co-Buyer Signature                      Date
**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE.**

**Returned Payment Charge:** If any check you give us is dishonored or electronic payment you make is returned unpaid, we may, at our option, charge you $ 50.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X Tennille Callands
Co-Buyer Signs X

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. See back of this contract for more information.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term 72 Mos.                              OLD REPUBLIC
                                          Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X Tennille Callands

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of the vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding. Buyer Signs X Tennille Callands Co-Buyer Signs X
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.
## NO LIABILITY INSURANCE INCLUDED
**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.
Buyer Signs X Tennille Callands Date 08/04/201  Co-Buyer Signs X                   Date N/A
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs X N/A                                                       Address N/A
Seller signs LYNCHBURG NISSAN Date 08/04/20 By X [signature] Title [illegible]

| Seller assigns its interest in this contract to RNAC    [signature] | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|
| ☐ Assigned with recourse | ☐ Assigned without recourse   ☐ Assigned with limited recourse |
| Seller LYNCHBURG NISSAN | By [signature]  Title |

LAW FORM NO. 553-VA-ARB

ORIGINAL LIENHOLDER

**Represents Redacted Information**

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure the Finance Charge.** We will figure the Finance Charge by applying the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Your right to refinance a balloon payment.** A balloon payment is any payment other than a down payment that is more than 10% greater than the regular or recurring installment payments. If you use the vehicle primarily for consumer purposes, you have the right to refinance a balloon payment over an extended period with additional payments. The additional periodic payments will not be more than 10% greater than the regularly scheduled installment payments.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
 • The vehicle and all parts or goods put on it;
 • All money or goods received (proceeds) for the vehicle;
 • All insurance, maintenance, service, or other contracts we finance for you; and
 • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract. We will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
 • You do not pay any payment (plus any late charges) more than 10 days late or not at all;
 • You give us false, incomplete, or misleading information on a credit application;
 • You start a proceeding in bankruptcy or one is started against you or your property; or
 • You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any collection costs we incur as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

### 4. WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. Any implied warranties arising from a written warranty or service contract are limited to the duration of such written warranty or service contract.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### 5. Used Car Buyers Guide.
The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### 6. VSI AND OPTIONAL INSURANCE
Choice of Insurer. If vendor's single interest insurance is required (as indicated on the front), or if you desire optional insurance, such as credit life insurance or credit disability insurance, you have the right to use alternative coverage or to buy insurance elsewhere from the agent or insurer of your choice. You may also buy required physical damage insurance from the agent or insurer of your choice. Your choice of agent or insurer will not affect our decision to extend credit or your credit terms.

### 7. SERVICING AND COLLECTION CONTACTS
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

### 8. APPLICABLE LAW
Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

### ARBITRATION PROVISION
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Form No. 553-YA-ARB Rev. 7/14



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Nissan Motor Acceptance Corporation

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | ▮▮▮▮▮▮▮▮ |
| **Lienholder** | NISSAN MOTOR ACCEPTANCE CORP |
| **Lienholder Address** | PO BOX 254648 |
| | SACRAMENTO, CA 95865 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 5N1AZ2MH3HN167081 | **Issuance Date** | 8/14/2017 |
| **Title Number** | 1202810347 | **Received Date** | 8/15/2017 |
| **Title State** | VA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2017 | **Odometer Reading** | |
| **Make** | NISS | **Branding** | |
| **Model** | | | |
| **Owner 1** | TENNILLE ANNETTE CALLANDS | | |
| **Owner 2** | | | |
| **Owner Address** | 116 MAJESTIC CIR | | |
| | AMHERST, VA 245212735 | | |

**Printed:** Thursday, August 15, 2019 6:40:53 AM PST

▮▮▮ Represents Redacted Information



Exhibit B

NADA Used Cars/Trucks

2/22/2021

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2017 Nissan Murano Utility 4D Platinum AWD 3.5L V6 |
| Region: | Eastern |
| Period: | February 22, 2021 |
| VIN: | 5N1AZ2MH3HN167081 |
| Mileage: | 57,500 |
| Base MSRP: | $40,780 |
| Typically Equipped MSRP: | $41,775 |
| Weight: | 4,017 |



## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | $18,900 | N/A | N/A | **$18,900** |
| Clean Retail | $23,675 | N/A | N/A | **$23,675** |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Blind Spot Monitor | w/body | w/body |
| Navigation System | w/body | w/body |
| Univ Garage Door Opener | w/body | w/body |
| Heated Front Seats | w/body | w/body |
| Bose Premium Stereo | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2021 J.D.Power